# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA L. MARCOS, | |
| Plaintiff, | 8:16CV223 |
| vs. | ORDER |
| CAROLYN W. COLVIN,<br>**Commissioner of Social Security,** | |
| Defendant. | |

This matter is before the court on the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2). Part of the motion form includes an affidavit regarding the plaintiff's financial status. Upon consideration,

**IT IS ORDERED:**

The plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

Dated this 20th day of May, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge